**Stephen T. Cammack**
**Law Offices**

State Bar No: 107814

915 University Avenue
Sacramento, CA 95825
Phone (916) 641-0294
Fax (916) 641-0296
cammacklawoffice@gmail.com

Attorney for Plaintiff **Elsa Shekelle, as Trustee of the Martha J. Voester Living Trust, Established June 30, 2002**

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In Re: ) | Case No. 2018-22123 |
| ) | **Chapter 13** |
|     **ROBERT PETERSON,** ) | |
|     **KATHRYN PETERSON,** ) | **DC No. DEF-010** |
| ) | |
|     Debtors. ) | **CREDITOR ELSA SHEKELLE, TRUSTEE'S LIMITED OPPOSITION TO DEBTORS' EX PARTE APPLICATION TO EMPLOY REAL ESTATE AGENT AND BROKER AND FOR COMPENSATION TO REAL ESTATE AGENT AND BROKER** |
| **ELSA SHEKELLE, as Trustee of the Martha J. Voester Living Trust, Established June 30, 2002,** ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| **ROBERT PETERSON and KATHRYN PETERSON,** ) | Date:   None Scheduled |
| ) | Time:   None Scheduled |
|     Defendants. ) | Judge  Hon. Ronald H. Sargis; Chief Bankruptcy Judge |

Creditor **Elsa Shekelle, as Trustee of the Martha J. Voester Living Trust, Established June 30, 2002,** by and through her attorney of record, **Stephen T. Cammack, Esq./Stephen T. Cammack Law Offices,** hereby submits her Limited Opposition to the Debtors' Ex Parte Application To Employ Real Estate Agent And Broker And For Compensation To Real Estate Agent And Broker as follows:

1

*Creditor Elsa Shekelle, Trustee's Limited Opposition To Debtors' Ex Parte Application To Employ Real Estate Agent And Broker And For Compensation To Real Estate Agent And Broker*

Debtors' **Exhibit C** to this Ex Parte Application attaches a Sellers' Estimated Payoff Statement through First American Title Company. Page 1 of this Statement under "**Miscellaneous,**" Sub-item **"payment per invoice to Elsa Shekelle,"** there is a referenced payment in the amount of $114,341.00. This is the amount of the <u>original</u> Judgment for Nondischargeability of Debt issued by the Court on March 31, 2022, in the amount of $123,486.51 (comprised of $114,341.70 <u>original</u> principal and prejudgment interest of $9,144.81).

In addition, the Court-issued Judgment for Nondischargeable Debt on behalf of Creditor Elsa Shekelle and against the Debtors specifically calls for per annum interest in the amount of post judgment simple interest at 10% per annum.

Therefore, Creditor Elsa Shekelle does not want the Court's routine Order granting Debtors' Application to employ and pay real estate commissions, to be misconstrued as some form of de facto order now reducing the amount of the Nondischargeable Judgment payoff in this case.

Creditor Elsa Shekelle respectfully requests this Court to condition any Order granting the Debtors' Ex Parte Application on the Debtors' escrow company submitting a payoff demand to Creditor Elsa Shekelle's legal counsel, **Stephen T. Cammack, Esq./Stephen T. Cammack Law Offices,** in exchange for the submission of a Full Satisfaction Of Judgment of the underlying Nondischargeable Judgment against the debtors. This calculated payoff demand will account for all post-judgment interest and Plan payments received by the Chapter 13 Trustee.

//
//

*Creditor Elsa Shekelle, Trustee's Limited Opposition To Debtors' Ex Parte Application To Employ Real Estate Agent And Broker And For Compensation To Real Estate Agent And Broker*

Dated: November 18, 2022

Respectfully Submitted,

STEPHEN T. CAMMACK
LAW OFFICES

By _____
Stephen T. Cammack, Esq., Counsel for Creditor **Elsa Shekelle, as Trustee of the Martha J. Voester Living Trust, Established June 30, 2002**

3

*Creditor Elsa Shekelle, Trustee's Limited Opposition To Debtors' Ex Parte Application To Employ Real Estate Agent And Broker And For Compensation To Real Estate Agent And Broker*